**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

RITE AID HEADQUARTERS CORP.,     : No. 765 MAL 2014
:
        Respondent                      :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
             v.                             :
:
:
JG RESOURCES, LLC AND JAMES     :
GRIMWADE,                              :
:
        Petitioner                     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 17th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.